043826/19344/MHW/JFM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

ROBERT E. MORRIS (R-71372),

        Plaintiff,

v.

DR. OBAISI (M.D.) and DR. ARGUILANA
(M.D.),

        Defendants.

Case Number  17 cv 5939

Honorable Judge Andrea R. Wood

## UNOPPOSED MOTION FOR ENTRY OF AN AGREED QUALIFIED PROTECTIVE ORDER PURSUANT TO HIPAA

Defendants, EVARISTO AGUINALDO, M.D. and  GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., by and through their attorney, James F. Maruna of CASSIDAY SCHADE LLP, and for their Unopposed Motion for Entry of Agreed Qualified Protective Order Pursuant to HIPAA pursuant to 42 U.S.C. § 1320 and 45 CFR Parts 160 and 164 (HIPAA), move this Court for entry of a Qualified Protective Order (attached hereto as Exhibit 1).  In Support thereof, these Defendants state:

1.      Plaintiff has filed a Complaint alleging the defendants violated his constitutional rights, as protected by 42 U.S.C. § 1983 of the Civil Rights Act .

2.      The defendants, treating physicians, hospitals and other health care providers involved with the care and treatment of Plaintiff are all "covered entities" as defined by 45 CFR 160.103.  HIPAA prohibits covered entities from disclosing protected health information in judicial proceedings other than by authorization or qualified protective order.  45 CFR § 164.512(e).

3.     These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 164.501, in the form of medical records (imaging, test results, insurance documents, notes, orders, labs, correspondence, pathology, etc.) pertaining to Plaintiff.

4.     Both the prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to Plaintiff, which is in the treating providers' possession.

WHEREFORE, Defendants, EVARISTO AGUINALDO, M.D. and   GHALIAH OBAISI, as Independent Executor of the Estate of SALEH OBAISI, M.D., pursuant to 42 U.S.C. § 1320 and 45 CFR Parts 160 and 164 (HIPAA), respectfully request that this Court enter a Qualified Protective Order and for any other relief as deemed just.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ James F. Maruna
      One of the Attorneys for Defendants,
      EVARISTO AGUINALDO, M.D. and
      GHALIAH OBAISI, as Independent Executor of
      the Estate of SALEH OBAISI, M.D.

James F. Maruna
ARDC No. 6313433
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jmaruna@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing Motion for Entry of an Agreed Qualified Protective Order Pursuant to HIPAA with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the any attorneys of record.

I hereby certify that a true and correct copy of the foregoing Motion for Entry of an Agreed Qualified Protective Order Pursuant to HIPAA was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on July 23, 2019. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Robert E. Morris
R-71372
Stateville Correctional Center
P.O. Box 112
Joliet IL 60434

/s/ James F. Maruna

9218535 JMARUNA;cr